■ CROCKETT HOYT, Appellant, v CAROLINE GROISSER, Respondent. (And a Third-Party Action.) [691 NYS2d 366] —Appeal from an order of the Supreme Court (Connor, J.), entered July 10, 1998 in Greene County, which granted defendant's motion for summary judgment dismissing the complaint.

Order affirmed, upon the opinion of Justice John G. Connor.

Cardona, P. J., Mikoll, Crew III, Yesawich Jr. and Graffeo, JJ., concur. Ordered that the order is affirmed, with costs.